## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Paul Korchnak, a Task Force Officer of the Federal Bureau of Investigation (FBI), hereinafter referred to as the Affiant, being duly sworn, state that:

1. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, as a Task Force Officer of the FBI. As such, your Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. Affiant is a law enforcement officer with the Canton Police Department and has been a law enforcement officer for approximately eight (8) years. In September of 2024, Affiant was and is currently assigned as a Task Force Officer (TFO) with the Stark County FBI Safe Streets Task Force in the FBI's Cleveland Division, Canton Resident Agency, a multi-agency Federal, State, and local law enforcement violent crimes task force. Prior to this assignment, Affiant was assigned to Canton Police Department's Special Investigations Unit (SIU) and served in that role since 2020.

3. As a Task Force Officer and as an Investigator with Canton Police Department's SIU, Affiant participated and conducted investigations involving narcotics activities. These investigations have resulted in arrests of individuals who have manufactured, smuggled, received, and distributed controlled substances, including heroin, methamphetamine, cocaine, marijuana, and pharmaceuticals, as well as the seizure of controlled substances and the proceeds, including assets, monies, and bank records, and the identification of co-conspirators through the use of drug ledgers, phone records, bills, photographs, and financial records.

1

4. As a Canton Police Officer and as a TFO with the FBI Safe Streets Task Force, Affiant has been involved in numerous drug investigations and investigative techniques to include but not limited to; surveillance, search warrant planning and execution, controlled purchases, cell-site surveys, trash covers, GPS confidential human source handling, and warrant apprehensions.

5. As a Task Force Officer with the FBI's Safe Streets Task Force, I have been involved in numerous drug trafficking investigations, surveillance, under cover purchases of illegal narcotics, parcel interdictions that resulted in seizures of narcotics and US currency, and drug raids involving the execution of search warrants. Affiant has been a law enforcement officer with the City of Canton Police Department since March of 2018 and has been assigned to multiple different bureau's during my tenure with the Canton Police Department; specifically, the Gang Investigative unit in 2019 and Canton Police Department's Special Investigations Unit in 2020 up September of 2024 when I transferred over to the Safe Streets Task Force.

6. The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers. All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information, to include being provided information verbally or in written format.

7. This Affidavit contains information necessary to support probable cause for this application. This Affidavit is not intended to be a complete review of all topics discussed in interviews or conversations referenced herein. In addition, this Affidavit is

not intended to include each and every fact and matter observed or known by me, other law enforcement officers, or the government.

8. For the majority of my employment with the FBI Task Force, I have been assigned responsibilities to investigate Federal crimes involving narcotics, money laundering, violent crime, fugitives, and general criminal matters. At all times during the investigation described in this affidavit, I have been acting in an official capacity as a Task Force Officer of the FBI.

## BACKGROUND

9. I am an investigator involved in a criminal investigation concerning ALIZE SHALAMAR STOKES, DOB 10/06/1995. I have reviewed local law enforcement reports, evidence of the described criminal act(s), spoken with other investigators regarding, and been directly involved in the investigation related to alleged violations of federal illegal narcotics and firearm laws by STOKES. I believe that there is probable cause to believe that on or about November 24, 2025, in the Northern District of Ohio, Eastern Division, STOKES:

    a. did knowingly and intentionally possess a firearm after knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

    b. did knowingly and intentionally possess with intent to distribute cocaine, in violation of 21 USC 841(a)(1).

    c. did knowingly and intentionally possess with intent to distribute methamphetamine, in violation of 21 USC 841(a)(1).

3

10. On or about July 13, 2013, STOKES was sentenced after having pled guilty to two (2) counts of Aggravated Robbery in violation of Ohio Revised Code 2911.01(A)(1) and/or (A)(3), two (2) counts of Kidnapping in violation of Ohio Revised Code 2905.01(A)(2), and Felonious Assault in violation of Ohio Revised Code 2903.11(A)(1) and/or (A)(2). STOKES was sentenced to serve thirty-six (36) months in prison. This conviction prohibits STOKES from possessing a firearm under federal and state law. STOKES knew he had the prior conviction, as he served an extensive prison term as a result of the conviction.

11. On November 24, 2025, the FBI Safe Streets Task Force along with other law enforcement agencies conducted a court authorized search warrant at STOKES' residence located at 1627 27th Street NE, Canton, Ohio, in the Northern District of Ohio, Eastern Division. During the search, law enforcement seized the following items:

  a. Sig Sauer P938 handgun/pistol bearing serial number #52E058886. This firearm was located in the living room under the couch.

  b. Glock 22 handgun/pistol bearing serial number #BUZF012. This firearm was located loaded/chambered in the living room under the couch.

  c. Two tightly wrapped kilogram-bricks of cocaine. These items were found in a Giant Eagle bag in a cupboard on the ground in the garage. On December 5, 2025, results from chemical testing conducted on the substances by the Canton-Stark County Crime Laboratory were returned and the results were positive for cocaine, with a total weight of 2,006 grams.

  d. A blue cooler containing approximately four pounds of a crystalline material suspected of being methamphetamine. This item was located

4

in the garage on the floor. On November 25, 2025, the suspected methamphetamine was field tested by SA Tim Alvord using a 'TruNarc' handheld narcotics analyzer and tested positive for methamphetamine. The methamphetamine was sent to the Ohio Bureau of Criminal Investigation and Identification (BCI) to be tested for the presence of DNA. Upon completion of that testing, the methamphetamine will be sent to the DEA lab for chemical analysis and purity testing.

      e.      Two clear plastic bags containing a crystalline material suspected of being methamphetamine. Based upon my training and experience, including numerous previous observations of crystal methamphetamine, I believe based upon its appearance and packaging that the substance was methamphetamine. This item was located in an upper cabinet in the garage. The suspected methamphetamine was sent to Ohio BCI for DNA testing. Upon completion of that testing, the methamphetamine will be sent to the DEA lab for chemical analysis and purity testing.

      f.      Black iPhone located in the center console of the Acura parked in the driveway of 1627 27th Street NE, Canton, Ohio.

      g.      Silver Apple iPhone. This item was located in Room "E" on the floor. Room "E" was the southeast bedroom identified as STOKES' bedroom based on items located in the room and witness information.

      h.      Vacuum Sealed packaging. This item was located in the Acura on the passenger seat floorboard.

    i.  Bulk U.S. currency. This item was located in Room "E" under the dresser.

    j.  Thirty (30) round firearm magazine. This item was located in Room "F" by the northeast corner inside a shoebox.  Room "F" was the attic/loft area of the residence.

    k.  Yellow dollar general bag with bulk U.S. Currency. This item was located in Room "F" near the south side of the room in a clear Tupperware container.

    l.  Blue Lids bag with bulk U.S. Currency. This item was located in Room "F" near the south side of the room in clear Tupperware container.

    m.  White powder in plastic bag, this item was located in Room "F" on floor in a bag.

    n.  Spoon with white residue. This item was located in Room "F" on floor in bag.

    o.  Two (2) scales containing residue. This item was located in Room "F" on floor in bag.

    p.  Plastic Bags. These items were located in Room "F" on floor in bag.

    q.  Miscellaneous ammunition. This item was located in Room "H" on the cupboard.  Room "H" was the garage of the residence.

  12.  Based upon my training and experience, the items located during the search are indicative of drug trafficking considering the large quantity of illegal narcotics,

the bulk U.S. currency, and the tools and items commonly used amongst drug traffickers to coordinate, weigh, and package for shipment the illegal narcotics.

13. Based upon my training and experience, it is common for drug traffickers to possess firearms and ammunition to be used to protect their illegal narcotics as well as their proceeds from the sale of illegal narcotics. This is even more so the case where a drug trafficker has a large quantity of narcotics in and around the residence. Drug traffickers are known to keep their firearms on their persons or readily at hand to protect themselves, illegal narcotics, and their proceeds of illegal narcotics sales.

14. On January 23, 2026, I spoke with Task Force Officer Jesse Gambs of the Bureau of Alcohol, Tobacco, Firearms and Explosive, and I provided TFO Gambs with identifying information regarding the Sig Sauer and Glock firearms. TFO Gambs stated that based on his training and experience, he is aware that Sig Sauer and Glock handguns are not manufactured in the State of Ohio. Thus, the firearms have travelled in interstate commerce.

## CONCLUSION

15. Based on the aforementioned facts, I believe there to be probable cause to believe that on or about November 25, 2025, ALIZE SHALAMAR STOKES did knowingly and intentionally possess a firearm after knowingly having been convicted of a crime punishable by more than one year of incarceration, in violation of 18 U.S.C. § 922(g)(1), and knowingly and intentionally possessed with intention to distribute cocaine and methamphetamine, in violation of 21 U.S.C § 841(a)(1).

16. I respectfully request that a Criminal Complaint and Arrest Warrant be issued for ALIZE SHALAMAR STOKES, (DOB 10/06/1995) for the above-referenced violations.

John Paul Korchnak
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO ME THIS 28th DAY OF JANUARY 2026
VIA TELEPHONE AFTER SUBMISSION BY RELIABLE ELECTRONIC
MEANS. FED. R. CRIM. P. 4.1 AND 41(d)(3).

CARMEN E. HENDERSON
UNITED STATES MAGISTRATE JUDGE